**CONMED CORPORATION and NDM, Inc., Plaintiffs–Appellants,**

v.

**LUDLOW CORPORATION and The Ludlow Company, LP, Defendants–Appellees.**

No. 03–1241.

United States Court of Appeals, Federal Circuit.

DECIDED: April 2, 2003.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).